v.

## PREFERRED SECURITY COMPONENTS OF PENNSYLVANIA, et al.

### Petition of PREFERRED SECURITY COMPONENTS OF PENNSYLVANIA.

Supreme Court of Pennsylvania.

Oct. 21, 1994.

■

## NATIONWIDE MUTUAL INSURANCE COMPANY, Petitioner,

v.

## Vincent T. DELLATORE, Faith Dellatore and Carlo Dellatore, Respondents.

Supreme Court of Pennsylvania.

Oct. 20, 1994.

*ORDER*

*ORDER*

PER CURIAM:

AND NOW, this 20th day of October, 1994, the Petition for Allowance of Appeal is granted and this matter is remanded to the Court of Common Pleas of Northampton County for reconsideration of its order dated April 24, 1992, in light of this Court's opinion in